WILLIAM HERON TRIPPE et al., appellants,

*v.*

NATIONAL NEWARK AND ESSEX BANKING COMPANY,
respondent.

[Decided October 27th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *98 N. J. Eq. 462.*

*Messrs. Bleakly, Stockwell & Burling,* for the appellants.

*Messrs. Pilney, Hardin & Skinner* and *Mr. Edward L. Katzenbach,* for the respondent.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.